**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLENFORD HEWITT,<br><br>    Plaintiff,<br><br>v.<br><br>CHUGACH GOVERNMENT SERVICES INC.,<br><br>    Defendant. | Case No. ___16-2192___ |

## EXHIBIT 1 TO NOTICE OF REMOVAL

   a)   All executed process in the case.

Attached as Attachment A.

   b)   All pleadings asserting causes of action.

Attached as Attachment B.

   c)   All orders signed by the state judge.

Attached as Attachment C.

   d)   The state court docket sheet.

Attached as Attachment D.

   e)   An index of matters being filed.

*Glenford Hewitt v. Chugach Government Services, Inc.*

   f)   A list of all counsel of record, including addresses, telephone numbers, and parties represented.

*For Plaintiff Glenford Hewitt*

Emmanuel D. Akpan
Law Offices of Emmanuel D. Akpan
8630 Fenton Street

Suite 716
Silver Spring, MD 20910
Tel: (301) 563-4022
Fax: (301) 563-4025
edakpan@hotmail.com

*For Defendant Chugach Government Services, Inc.*

Attison L. Barnes, III
Katherine C. Campbell
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000 (phone)
(202) 719-7049 (fax)
abarnes@wileyrein.com
kcampbell@wileyrein.com

# Attachment A

**LAW OFFICES**
**EMMANUEL D. AKPAN, J.**
Montgomery Center
8630 Fenton Street
Suite 716
Silver Spring, MD 20910

**CERTIFIED MAIL**



02 1P   $ 011.62⁵
0001928523  OCT 13 2016
MAILED FROM ZIP CODE 20910

CT Corporation System
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005



**Filed**
**D.C. Superior Court**
**10/12/2016 15:59PM**
**Clerk of the Court**

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

GLENFORD HEWITT

Plaintiff

vs.

Case Number  2016 CA 007484 B

CHUGACH GOVERNMENT SERVICES, INC.

Defendant

SERVE: CT Corporation System
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

**SUMMONS**

To the above named Defendant:
Chugach Government Services, Inc.

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

| Emmanuel D. Akpan | *Clerk of the Court* |
|---|---|
| Name of Plaintiff's Attorney | |
| 8630 Fenton Street, Suite 716 | By _____ |
| Address | |
| Silver Spring, MD 20910 | |
| (301) 563-4022 | Date  10/12/2016 |
| Telephone | |

翻譯請電, 請打電話 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오    ለትርጉም እርዳታ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                                                    CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

GLENFORD HEWITT

_____
Demandante

contra

CHUGACH GOVERNMENT SERVICES, INC.                    Número de Caso: _____
_____

SERVE: CT Corporation System          Demandado
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005                **CITATORIO**

Al susodicho Demandado:
Chugach Government Services, Inc.

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Emmanuel D. Akpan                           *SECRETARIO DEL TRIBUNAL*
_____
Nombre del abogado del Demandante

8630 Fenton Street, Suite 716              Por: _____
_____              Subsecretario
Dirección
Silver Spring, MD 20910
_____
                                            Fecha: _____
(301) 563-4022
_____
Teléfono

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828로 전화주십시오    ያማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

# Attachment B

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

GLENFORD HEWITT     Case Number: __2016 CA 007484 B__

           vs            Date: __10/12/2016__

CHUGACH GOVERNMENT SERVICES, INC.    ☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* Emmanuel D. Akpan, J.D., Ph.D. | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☒ Attorney for Plaintiff |
| | ☐ Self (Pro Se) |
| Telephone No.: (301)563-4022    Six digit Unified Bar No.: 346312 | ☐ Other: |

TYPE OF CASE: ☐ Non-Jury     ☒ 6 Person Jury     ☐ 12 Person Jury
Demand: $100,000.00     Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar #: _____

---

**NATURE OF SUIT:** *(Check One Box Only)*

**A. CONTRACTS**                                                **COLLECTION CASES**

☐ 01 Breach of Contract      ☐ 07 Personal Property      ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 02 Breach of Warranty      ☐ 09 Real Property-Real Estate      ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument      ☐ 12 Specific Performance      ☐ 17 OVER $25,000
☐ 15 Special Education Fees      ☒ 13 Employment Discrimination / Wrongful Termination

**B. PROPERTY TORTS**

☐ 01 Automobile      ☐ 03 Destruction of Private Property      ☐ 05 Trespass
☐ 02 Conversion      ☐ 04 Property Damage      ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process      ☐ 09 Harassment      ☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 02 Alienation of Affection      ☐ 10 Invasion of Privacy      ☐ 18 Wrongful Death (Not Malpractice)
☐ 03 Assault and Battery      ☐ 11 Libel and Slander      ☐ 19 Wrongful Eviction
☐ 04 Automobile- Personal Injury      ☐ 12 Malicious Interference      ☐ 20 Friendly Suit
☐ 05 Deceit (Misrepresentation)      ☐ 13 Malicious Prosecution      ☐ 21 Asbestos
☐ 06 False Accusation      ☐ 14 Malpractice Legal      ☐ 22 Toxic/Mass Torts
☐ 07 False Arrest      ☐ 15 Malpractice Medical (Including Wrongful Death)      ☐ 23 Tobacco
☐ 08 Fraud      ☐ 16 Negligence- (Not Automobile, Not Malpractice)      ☐ 24 Lead Paint

---

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED.

CV-496/May 12

# Information Sheet, Continued

**C. OTHERS**

**I.**
- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 T.R.O./ Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4315)
- ☐ 25 Liens: Tax/Water Consent Granted
- ☐ 26 Insurance/ Subrogation Under $25,000 Consent Denied
- ☐ 27 Insurance/ Subrogation Over $25,000
- ☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only)
- ☐ 26 Merit Personnel Act (OHR)
- ☐ 30 Liens: Tax/ Water Consent Denied
- ☐ 31 Housing Code Regulations

**II.**
- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-1519 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a) (1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

_____          10/12/2016
Attorney's Signature                      Date

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GLENFORD HEWITT<br>11304 STRAWBERRY GLENN LANE<br>GLENN DALE, MD 20769<br><br>Plaintiff,<br><br>vs.<br><br>CHUGACH GOVERNMENT SERVICES, INC.<br>3800 CENTERPOINT DRIVE, SUITE 1200<br>ANCHORAGE, AK 99503<br><br>Defendant,<br><br>SERVE: CT CORPORATION SYSTEM<br>1015 15th STREET, N.W. SUITE 1000<br>WASHINGTON, D.C. 20005 | Civil Action No.: 2016 CA 007484 B |

### COMPLAINT FOR WRONGFUL TERMINATION OF EMPLOYMENT

1. Plaintiff, Glenford Hewitt, by and through counsel, brings this cause of action for judgment against the Defendant for damages resulting from wrongful termination of Plaintiff's employment.

2. Plaintiff is a resident of the State of Maryland and was employed on an at-will basis as a Facility Maintenance Technician by Defendant through Potomac Job Corps Center, Washington, District of Columbia, since March 22, 2010.

3. Defendant is a corporation organized and existing under the laws of the State of Alaska with its principal place of business 3800 Centerpoint Drive, Suite 1200, Anchorage, AK 99503 and doing business through Potomac Job Corps in the District of Columbia.

4. From March 22, 2010 to June 29, 2016, plaintiff was employed by defendant as a Facility Maintenance Technician with an annual salary of Forty Four Thousand One Hundred Fifty Seven Dollars ($44,157.00) per year, with responsibility for repair of light fixtures, motors, electrical equipment, installation air condition units, plumbing, carpentry and maintaining interior and exterior of the cafeteria and gymnasium.

5. On or about June 22, 2016 Defendant alleged that Plaintiff was "sleeping" on the job and as proof thereof, the Human Resources Manager alleged in writing that it "received a picture" of Plaintiff sleeping on the job on June 22, 2016.

6. Plaintiff denied that he was sleeping on the job.

7. On or about July 5, 2016 Plaintiff received a letter terminating his employment effective June 29, 2016 without a showing of gross misconduct.

8. Plaintiff was employed by Defendant for 6 years, and reasonably relied on the provisions of the personnel manual regarding the causes for which employees could be terminated and the procedures set forth for such termination for the expectation that Defendant would follow its policies to afford Plaintiff the

protections of those procedures as Plaintiff had a property interest in the job. Defendant failed to follow said policies and procedures.

9. Plaintiff applied for unemployment compensation under the District of Columbia laws and after a hearing, the District of Columbia Department of Employment Services concluded that Defendant has not established gross misconduct for the discharge of Plaintiff from his employment.

10. On or about July 19, 2016 Defendant sent an email to Plaintiff stating that there was no "picture" of Plaintiff sleeping on the job.

11. The action of Defendant in terminating Plaintiff's employment violated the public policy and statute of the District of Columbia D.C. Code, Title 51-110(b)(1)(2) wherein an employee can be discharge only for gross misconduct occurring in the course of the employment.

12. Defendant's conduct in terminating Plaintiff was deliberate, malicious, willful and intentionally calculated to inflict harm upon the Plaintiff.

13. As a proximate result of Defendant's wrongful termination of Plaintiff's employment, Plaintiff has been left without employment, deprived of an annual salary of Forty Four Thousand One Hundred Fifty Seven Dollars ($44,157.00), suffered damage to his reputation and has otherwise been damaged.

WHEREFORE, Plaintiff demands judgment against Defendant in the sum of One Hundred Thousand Dollars ($100,000.00) in compensatory damages and Five Hundred Thousand Dollars ($500,000.00) in punitive damages, with interest and costs.

Respectfully Submitted,

By *[signature]*
Emmanuel D. Akpan, J.D., Ph.D. #346312
8630 Fenton Street, Suite 716
Silver Spring, MD 20910
Tel: (301) 563-4022
Facsimile: (301) 563-4025
Attorney for Plaintiff
edakpan@hotmail.com

# Attachment C



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

GLENFORD HEWITT
Vs.                                                       C.A. No.     2016 CA 007484 B
CHUGACH GOVERNMENT SERVICES, INC.

### INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference once, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge MICHAEL L RANKIN
Date:  October 12, 2016
Initial Conference: 10:30 am, Friday, January 13, 2017
Location: Courtroom 517
           500 Indiana Avenue N.W.

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

                Chief Judge Robert E. Morin

Caio.doc

# Attachment D

D.C. Courts Home

# Court Cases Online

Case Search for: 2016 CA 007484

**Click here to view search criteria**

Search retrieved 1 case in less than a second.

**Click here to view search results**

Selected 1 cases to view

Viewing single case; Details retrieved in less than a second.

**Click here to view case summary**

| 2016 CA 007484 B: HEWITT, GLENFORD Vs. CHUGACH GOVERNMENT SERVICES, INC. | |
|---|---|
| Case Type: Civil II | File Date: 10/12/2016 |
| Status: Open | Status Date: 10/12/2016 |
| Disposition: Undisposed | Disposition Date: |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| HEWITT, GLENFORD | | Plaintiff | AKPAN, Dr EMMANUEL D |
| CHUGACH GOVERNMENT SERVICES, INC. | | Defendant | |

| Schedule Date | Schedule Time | Description |
|---|---|---|
| 01/13/2017 | 10:30 AM | Initial Scheduling Conference-60 |

| Docket Date | Description | Messages |
|---|---|---|
| 10/12/2016 | Service Issued | Issue Date: 10/12/2016<br>Service: Summons Issued<br>Method: Service Issued<br>Cost Per: $<br><br>CHUGACH GOVERNMENT SERVICES, INC.<br>1015 15th Street, NW<br>Suite 1000<br>WASHINGTON, DC 20005<br>Tracking No: 5000180168<br><br>CHUGACH GOVERNMENT SERVICES, INC.<br>3800 Centerpoint Drive<br>Suite 1200<br>ANCHORAGE, AK 99503<br>Tracking No: 5000180169 |
| 10/12/2016 | Event Scheduled | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 01/13/2017 Time: 10:30 am<br>Judge: RANKIN, MICHAEL L Location: Courtroom 517 |
| 10/12/2016 | Complaint for Employment Discrimination (Non-MPA) Filed | Complaint for Employment Discrimination (Non-MPA) Filed Receipt: 350713 Date: 10/12/2016 |

| Receipt # | Date | From | Payments | | Fee | | Amount Paid |
|---|---|---|---|---|---|---|---|
| 350713 | 10/12/2016 | AKPAN, Dr EMMANUEL D | Efile | $120.00 | Cost | $120.00 | $120.00 |